239 F.2d 384
 57-1 USTC P 9269
 UNITED STATES of America, Appellant,
v.
R. F. BALL CONSTRUCTION COMPANY, Inc., and United Pacific
Insurance Company, Appellees.
 No. 16276.
 United States Court of Appeals Fifth Circuit.
 Dec. 26, 1956.
 
 A. F. Prescott, George F. Lynch, Attorneys, Department of Justice, Washington, D.C., Russell B. Wine, U.S. Atty., San Antonio, Tex.
 Elmer J. Kelsey, Atty., Dept. of Justice, Washington, D.C., Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, Washington, D.C., John N. Stull, Acting Asst. Atty. Gen., Harman Parrott, Asst. U.S. Atty., San Antonio, Tex., for appellant.
 Richard U. Simon, Ft. Worth, Tex., Josh H. Groce, San Antonio, Tex., Eskridge, Groce & Hebdon, San Antonio, Tex., of counsel, for appellee.
 Before CAMERON, JONES and BROWN, Circuit Judges.
 PER CURIAM.
 
 
 1
 The facts of this case are well recited and the controlling principles of law are well stated in the opinion of Judge Rice, R. F. Ball Construction Company v. Jacobs, D.C., 140 F.Supp. 60. For the reasons there set forth the judgment appealed from is
 
 
 2
 Affirmed.